STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 1 2000

at 11 o'clock and 25 min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR. NO. CR00-00259 HG |
|                                ) | |
|            Plaintiff,          ) | INDICTMENT |
|                                ) | [18 U.S.C. §§ 371, 471, |
|       vs.                      ) |  and 472] |
|                                ) | |
| MYRON MOON,             (01)   ) | |
| SANFORD SEVILLA,       (02)   ) | |
| JOHN STARK,            (03)   ) | |
|                                ) | |
|            Defendants.         ) | |

**INDICTMENT**

COUNT 1

The Grand Jury charges that:

Between on or about September 1, 1997, and continuing to on or about October 31, 1997, in the District of Hawaii the Defendants, MYRON MOON, SANFORD SEVILLA, and JOHN STARK, and

others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree together and with each other, to commit offenses against the United States, namely, with intent to defraud, to falsely make, forge, and counterfeit, an obligation of the United States, and with intent to defraud, to pass, utter, and keep in possession and conceal falsely made, forged and counterfeited obligations of the United States, in violation of Title 18, United States Code, Sections 471 and 472.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed in District of Hawaii and elsewhere:

1. Between on or about September 1, 1997, and continuously to on or about October 31, 1997, Defendant Sanford Sevilla did provide his computer and printer to Defendant Myron Moon to make counterfeit U.S. notes;

2. Between on or about September 1, 1997, and continuously to on or about October 31, 1997, Defendant John Stark did provide his home to Defendants Myron Moon and Sanford Sevilla to make counterfeit U.S. notes.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

The Grand Jury further charges that:

Between on or about September 1, 1997, and continuing to on or about October 31, 1997, in the District of Hawaii, MYRON MOON, SANFORD SEVILLA, and JOHN STARK, Defendants herein, with intent to defraud, did falsely make, forge and counterfeit obligations of the United States, namely, twenty dollar counterfeit U.S. notes.

All in violation of Title 18, United States Code, Section 471.

## COUNT 3

The Grand Jury further charges that:

Between on or about October 8, 1997, and on or about October 10, 1997, in the District of Hawaii, JOHN STARK, Defendant herein, with intent to defraud, did pass and utter, a falsely made obligation of the United States, namely, one twenty dollar counterfeit U.S. note, to the Circle K Store, in Mililani, Hawaii, which he then knew to be falsely made and counterfeited.

///

///

///

All in violation of Title 18, United States Code, Section 472.

DATED:     June 21    , 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

United States v. Myron Moon, et al.,
Cr. No. 00-_____;
Indictment

4